NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAEDALUS BLUE LLC,**
*Appellant*

**v.**

**DJI EUROPE B.V.,**
*Appellee*

---

2022-1685

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01472.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of "Appellant's Unopposed Motion to Dismiss Appeal," which the court treats as a motion to voluntarily dismiss this appeal under Federal Rule of Appellate Procedure 42(b),

2                              DAEDALUS BLUE LLC v. DJI EUROPE B.V.

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

October 31, 2022                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court

ISSUED AS A MANDATE: October 31, 2022